Diane C. Weil, Chapter 7 Trustee
5950 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
dcwtrustee@dcweillaw.com
Telephone: (818) 651-6400
Facsimile: (818) 836-5689

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| In re:<br>Exotic Landscape, Inc.<br><br>Debtors(s) | §<br>§<br>§<br>§<br>§<br>§ | Case No.   1:17-bk-13394-MB |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Diane C. Weil, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
Kathleen Campbell
21041 Burbank Blvd.
Woodland Hills, CA 91367

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 11 a.m. on May 13, 2020 in Courtroom 303, San Fernando Valley Courthouse, located at 21041 Burbank Blvd., Woodland Hills, CA 91367.  The hearing may be conducted by telephone.  Any person wishing to appear at the hearing should contact Judge Barash's Courtroom Deputy at the telephone number on the Bankruptcy Court website at least 5 days prior to the hearing.

Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee.  Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered.  See Federal Rule of Bankruptcy Procedure 5009.

| | | | |
|---|---|---|---|
| Date Mailed: | 04/08/2020 | By: | /s/ Diane C. Weil |
| | | | Trustee |

Diane C. Weil
5950 Canoga Avenue, Suite 400
Woodland Hills, CA 91367

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

In re:

Exotic Landscape, Inc.

Case No.   1:17-bk-13394-MB

Debtors(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,553.86 |
| and approved disbursements of | $ | 1,943.85 |
| leaving a balance on hand of: | $ | 3,610.01 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Diane C. Weil | $ 1,305.39 | $ 0.00 | $ 1,305.39 |
| Trustee, Expenses: Diane C. Weil | $ 120.90 | $ 0.00 | $ 120.90 |
| Other Professional, Fees: SL Biggs | $ 1,000.00 | $ 1,000.00 | $ 0.00 |
| Other: International Sureties | $ 0.00 | $ 0.00 | $ 0.00 |
| Other: FRANCHISE TAX BOARD BANKRUPTCY SECTION MS | $ 775.00 | $ 0.00 | $ 775.00 |

Total to be paid for chapter 7 administrative expenses      $      2,201.29
Remaining Balance      $      1,408.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $19,450.00 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.2 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00002 | Shane Satey | $ 19,450.00 | $ 0.00 | $ 1,408.72 |
| Total to be paid to timely general unsecured creditors | | | | $ 1,408.72 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $71,232.46 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00003 | Felix Ruiz c/o Law Offices of Stephen | $ 71,232.46 | $ 0.00 | $ 0.00 |
| Total to be paid to tardy general unsecured creditors | | | | $ 0.00 |
| Remaining Balance | | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:    /s/ Diane C. Weil
                Trustee

Diane C. Weil

5950 Canoga Avenue, Suite 400

Woodland Hills, CA 91367

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.